UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA, )
)
    Respondent, )
) Case No.:
vs. ) 3:05-cr-00030-K-1
)
FRANCISCO FLORES JR, )
)
    Defendant. )

MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF MOTION FOR REDUCTION OF
SENTENCE UNDER GUIDELINE AMENDMENT 782

I.
INTRODUCTION

On April 30, 2014, the U.S. Sentencing Commission voted to lower the drug quantity table by two offense levels, which will lower drug sentences imposed after November 1, 2014. This is known as Amendment 782.

Subsequent to the effective date of this amendment to § 2D1.1, the Sentencing Commission considered whether to make the amendment retroactive under the authority created by 18 U.S.C. § 3582(c)(2). Amendment 782 is included in this amendment in the list of retroactive amendments in § 1B1.10 of the guidelines

On June 15, 2006, Francisco Flores, Jr. was sentenced to serve 174 and a concurrent 120 Months of imprisonment and was placed on Supervised Release for a period of Five Years for violation of Title 21:846 & 841(b)(1)(A) CONSPIRACY TO POSSES and to DISTRIBUTE CONTROLLED SUBSTANCE.

The sentence was imposed under the sentencing guidelines with a base offense level computed under § 2D1.1 and /or 2D1.11of the guidelines.

The sentence imposed by the Court was 174 months. Amendment 782 proposes a change to § 2D1.1 and §2D1.11 of the United States Sentencing Guidelines. Once it is approved by Congress, the Amendment will generate a 2-level reduction in all offense levels found in §2D1.1 and §2D1.11 of the Guidelines, effective November 1, 2014.

Francisco Flores, Jr. brings this motion to reduce his sentence pursuant to the provisions of Amendment 782 as outlined under the requisite 1B1.10.

18 U.S.C. § 3582(c)(2) provides as follows:

> [I]n the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. 994(o), upon motion of the defendant . . . the court may reduce the term of imprisonment, after considering the factors set forth in section 3553(a) to the extent that they are applicable, if such a reduction is consistent with applicable policy statements issued by the Sentencing Commission.

Section 1B1.10 is the guidelines policy statement which implements 18 U.S.C. § 3582(c)(2). Subsection (c) of that policy statement lists amendments that are covered by the policy statement. And one of the amendments which is listed is amendment 782 to the guidelines.

Section 1B1.10

**§1B1.10. Reduction in Term of Imprisonment as a Result of Amended Guideline Range (Policy Statement)**

    (a) Authority.—

        (1) In General.—In a case in which a defendant is serving a term of imprisonment, and the guideline range applicable to that defendant has subsequently been lowered as a result of an amendment to the Guidelines Manual listed in subsection (c) below, the court may reduce the defendant's term of imprisonment as provided by 18 U.S.C. § 3582(c)(2). As required by 18 U.S.C. § 3582(c)(2), any such reduction in the defendant's term of imprisonment shall be consistent with this policy statement.

Application of this amendment to the drug related offenses guideline in the present case results in a decrease of the base offense level resulting in a 2 point decrease decrease in the total offense level and a decrease in the resulting guideline range.

Francisco Flores, at the court's discretion will benefit in a reduction of his sentence.

According to the Bureau of Prisons website, he is currently set to be released on October 20, 2016, approximately 23 months from this November 1, 2014 date. A reduction of the imposed term pursuant to Amendment 782 would allow him to avail himself to vital reentry resources that will help in a smoother transition into the community.

During his time in prison he has maintained a disciplinary free record (A copy of the most recent progress report is included for the courts perusal) Mr. Flores has utilized the time wisely, while in prison. He has completed many of the classes offered by the Bureau of Prisons. (See Attached Program Summary). His financial responsibility is completed. He is currently involved in the Non-Residential R-Dap Program which will complete in January. Documentation will reflect that he has sustained no disciplinary infractions.

WHEREFORE PREMISES CONSIDERED, Petitioner prays that this Honorable Court will;

(a) Grant the Defendant Motion from a sentence reduction under Amendment 782,

(b) Reduce the Defendants' base offense level by two (2) points;

(c) Grant the Defendants' motion for a sentence from One Hundred Seventy-four Months to a term commensurate to the level two (2) points lower and at the low end of his new guideline offense level effected by Amendment 782, and Grant;

(d) Any other relied the Court deems just and proper to make.

Respectfully Submitted,

DATED: 11-12, 2014

*(signature)*
FRANCISCO FLORES JR., prose
Fed. Reg, 31969-177
Texarkana FCI P.O. Box 9500
Texarkana, TX. 75505

Department of Justice  
**INMATE SKILLS DEVELOPMENT PLAN**    Current Program Review: 10-03-2014    Federal Bureau of Prisons



| | | | |
|---|---|---|---|
| **Name:** | FLORES JR, FRANCISCO | **Institution:** | TEXARKANA FCI |
| **Register Number:** | 31969-177 | | P.O. BOX 9500 |
| **Security/Custody:** | MINIMUM/OUT | | TEXARKANA, TX 75505 |
| **Projected Release:** | 10-20-2016 / GCT REL | **Telephone:** | (903) 838-4587 |

| | | | |
|---|---|---|---|
| **Next Review Date:** | 10-03-2014 | **Driver's License/State:** | / |
| **Next Custody Review Date:** | 03-12-2014 | **FBI Number:** | 788130WB7 |
| **Age/DOB/Sex:** | 42 / 09-22-1972 / M | **DCDC Number:** | |
| **CIM Status:** | Y | **INS Number:** | |
| | If yes, reconciled: Y | **PDID Number:** | |
| | | **Other IDs:** | |

| | | | |
|---|---|---|---|
| **Release Residence:** | Alice Sanchez, Grandmother<br>1729 JOCYLE<br>ARLINGTON, TX 76010 | **Release Employer:** | [Name]<br>[Address] |
| **Telephone:** | (817) 469-9377 | **Contact Telephone:** | [POC] |
| **Primary Emergency Contact:** | ALICE SANCHEZ, GRANDMOTHER<br>1729 JOCYLE<br>ARLINGTON, TX 76010 | **Secondary Emergency Contact:** | [POC]<br>[Address] |
| **Telephone:** | (817) 469-9377 | **Telephone:** | |

**Mentor Information:**

**Controlling Sentence Information:**

| Offense(s)/Violator Offenses | Sentence | Sentencing Procedure | Supervision Term |
|---|---|---|---|
| | 174 MONTHS | AGGREGATE GROUP 800 PLRA | 5 YEARS |

| Controlling Sentence Began | Time Served/Jail Credit/Inoperative Time | Days GCT/EGT/SGT | Days FSGT/WSGT/DGCT | Parole Status | |
|---|---|---|---|---|---|
| 06-15-2006 | 10 YEARS 8 MONTHS 17 DAYS / 882 / 0 | 634 / 0 / 0 | 0 / 0 / 55 | Hearing Date:<br>Hearing Type:<br>Last USPC Action: | NOT ENTERED |

**Detainers:** N

**Special Parole Term:** NOT APPLICABLE  
**Pending Charges:** None known  
**Cim Status:** Y      **Cim Reconciled:** Y

| Financial Responsibility | Imposed | Balance | Case No./Court of Jurisdiction | Assgn/Schedule Payment |
|---|---|---|---|---|
| ASSESSMENT | $200.00 | $0.00 | 3:05-CR-030-K(01) | FINANC RESP-COMPLETED |

**Financial Plan Active:** N     **Comm Dep-6 mos:** $1131.80  
**Financial Plan Date:** [Date]     **Commissary Balance:** $419.74

**Payments**  
**Commensurate:** Y  
**Missed:** N

**Judicial Recommendations:** NEAR DALLAS / 500 HR CDAP / RECOMMENDATION FOLLOWED.

**Special Conditions of Supervision:** DRUG AND ALCHOHOL AFTERCARE.

Department of Justice  
# INMATE SKILLS DEVELOPMENT PLAN

Federal Bureau of Prisons  
**PROGRAM REVIEW: 10-03-2014**

| | | | |
|---|---|---|---|
| **USPO Sentencing:** | Mitsi Westendorff, Chief<br>Texas Northern Probation Office<br>Earle Cabell Federal Building and United States Courthouse<br>1100 Commerce Street Room 1329<br>Dallas, TX 75242 | **USPO Relocation:**<br><br><br>**Phone/Fax:** | [POC]<br>[District]<br>[Street Address/Suite]<br>[City], [State] [Zip]<br>[Phone] / [Fax] |
| **Phone/Fax:** | 214-753-2500 / 214-753-2570 | | |

| | | | |
|---|---|---|---|
| **Subject to 18 U.S.C. 4042(B) Notification:**<br>• Conviction for a drug trafficking crime (federal) | Y | **DNA Required:**<br>**Treaty Transfer Case:** | Y - [Date]<br>[Y,N] |

**Profile Comments:** Mr. Flores is within a 500 mile radius of the Dallas Area, but has declined RDAP participation.

## EDUCATION DATA

| Facility | Assignment | Description | Start Date | Stop Date |
|---|---|---|---|---|
| TEX | GED HAS | COMPLETED GED OR HS DIPLOMA | 12-13-2006 | CURRENT |
| TEX | ESL HAS | ENGLISH PROFICIENT | 10-16-2006 | CURRENT |

## COMPLETED EDUCATION COURSES

| Course Description | Completion Date | Course Hours |
|---|---|---|
| CAMP SOCCER OFFICIAL CLASS | 10-02-2014 | 8 |
| START OWN BUSIN T/T 530-700P | 08-04-2014 | 32 |
| CAMP ANATOMY CLASS | 02-09-2014 | 8 |
| CAMP BIOMECHANICS CLASS | 02-09-2014 | 8 |
| CAMP RECREATION HEALTH FAIR | 02-03-2014 | 2 |
| COMPUTER GRAPHICS & DESIGN | 10-23-2012 | 120 |
| VT COMPUTER APPLICATIONS 6 | 07-16-2012 | 120 |
| SPANISH CLASS 2 | 09-29-2011 | 10 |
| BEGINNING GUITAR CLASS | 07-28-2011 | 24 |
| RESIDENTIAL AIR CONDITIONING 2 | 12-20-2010 | 350 |
| JOB FAIR INFORMATION I 2 | 09-23-2009 | 2 |
| AEROBICS CALISTHENTICS | 07-22-2009 | 24 |
| BEGINNING LEATHER | 09-29-2008 | 16 |
| DISD SEMINAR COMM EFF W/CHILDR | 02-19-2008 | 4 |
| PERSONAL TRAINING 1 | 12-14-2007 | 20 |
| PARENTING CLASSES 6 | 03-11-2008 | 12 |
| SPORTS NUTRITION 1 | 12-17-2007 | 12 |
| INCOME TAX CLASS | 11-29-2007 | 4 |
| REAL ESTATE CLASS | 11-14-2007 | 10 |
| DRIVERS EDUCATION 6 | 09-18-2007 | 4 |
| INSURANCE | 07-27-2007 | 4 |

Name: FLORES JR, FRANCISCO                                              RegNo: 31969-177

| DRIVERS EDUCATION 6 | 05-22-2007 | 4 |
|---|---|---|
| DISEASE PREVENTION 1 | 05-30-2007 | 1 |
| ADMISSION AND ORIENTATION | 10-26-2006 | 7 |
| RELEASE REQUIREMENTS 5 | 10-26-2006 | 1 |

**HIGH TEST SCORES**

| Test | Subtest | Score | Test Date | Test Facl | Form | State |
|---|---|---|---|---|---|---|
| Inmate has no score history items in this area | | | | | | |

**WORK DATA**

| Facility | Assignment | Description | Start Date | Stop Date |
|---|---|---|---|---|
| TEX | S LANDSCPE | CAMP LANDSCAPE | 08-20-2014 | CURRENT |

**WORK HISTORY**

| Facility | Assignment | Work Assignment Description | Start Date | Stop Date |
|---|---|---|---|---|
| TEX | S T-ORD | CAMP TEMP ORDERLY | 08-01-2014 | 08-20-2014 |
| TEX | S FOOD SVC | CAMP FOOD SERVICE | 09-20-2013 | 08-01-2014 |

**DISCIPLINE HISTORY**

| UDC / DHO | Hearing Date | Report No. | Prohibited Act / Description | Sanction |
|---|---|---|---|---|
| Inmate has no disciplinary history items in this area | | | | |

**MOVEMENT DATA**

| Facility | Assignment | Description | Start Date | Stop Date |
|---|---|---|---|---|
| TEX | A-DES | DESIGNATED, AT ASSIGNED FACIL | 09-05-2013 | CURRENT |

**MOVEMENT HISTORY**

| Facility | Assignment | Start Date | Stop Date |
|---|---|---|---|
| | Inmate has no movement history items in this area | | |

**CASE MANAGEMENT ASSIGNMENTS**

| Facility | Assignment | Description | Start Date | Stop Date |
|---|---|---|---|---|
| TEX | RPP PART | RELEASE PREP PGM PARTICIPATES | 08-17-2011 | CURRENT |
| TEX | V94 CDA913 | V94 CURR DRG TRAF ON/AFT 91394 | 11-01-2006 | CURRENT |

**MEDICAL DUTY STATUS ASSIGNMENTS**

| Facility | Assignment | Description | Start Date | Stop Date |
|---|---|---|---|---|
| TEX | YES F/S | CLEARED FOR FOOD SERVICE | 09-05-2013 | CURRENT |
| TEX | REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 09-05-2013 | CURRENT |
| TEX | NO PAPER | NO PAPER MEDICAL RECORD | 09-05-2013 | CURRENT |

Department of Justice
**INMATE SKILLS DEVELOPMENT PLAN**

Federal Bureau of Prisons
**PROGRAM REVIEW: 10-03-2014**

## ACADEMIC

*** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary |
|---|---|
| ✓ | **INTELLECTUAL FUNCTIONING**<br>⊕ no intellectual deficits<br>ⓘ has NOT attended special education classes |
| ✓ | **LITERACY**<br>ⓘ some college, with High School diploma<br>⊕ Passing Test Results<br>  TABE Results:<br>  Test Level: D<br>  Form Number: 9<br>  Language: 12.0<br>  Reading: 12.0<br>  Math: 12.0 |
| ✓ | **LANGUAGE**<br>⊕ fluent in English as primary language |
| ✓ | **COMPUTER SKILLS**<br>⊕ possesses keyboarding skills<br>⊕ possesses word processing skills<br>⊕ possesses internet navigation skills |

### Progress and Goals

**Previous TEAM 09-19-2014**

***TEAM HELD 04-11-2014, AND NOT ARCHIVED DUE TO CSW ERROR***
Completed ACE Satrting your own Business 8/14. Recommend enrolling in other Adult Continuing Education courses by next team to enhance education and life skills prior to re-entry.

No Class/No Progress. Recommend enrolling in Adult Continuing Education courses by next team to enhance education and life skills prior to re-entry.

**Current TEAM**

Completed ACE Satrting your own Business 8/14. Recommend enrolling in other Adult Continuing Education courses by next team to enhance education and life skills prior to re-entry.

## VOCATIONAL/CAREER
*** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary |
|---|---|
| ✓ | **EMPLOYMENT HISTORY**<br>ⓘ employed at time of arrest<br>⊕ consistent employment history within 5 years prior to incarceration |
| ✓ | **CAREER DEVELOPMENT**<br>⊕ possesses significant expertise in field<br>ⓘ Business and Financial Operations - 13<br>ⓘ Office and Administrative Support - 43<br><br>ⓘ realistic career/job goals upon release<br>ⓘ seeking position: Financial inst. Farming<br>  has more than two years work experience in this field |

ed: 10-03-2014 10:13:45          Page 4          Inmate Copy ISDS Version: 1.6.2d

Name: **FLORES JR, FRANCISCO**                                                                  RegNo: **31969-177**

## VOCATIONAL/CAREER   *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary |
|---|---|
| | ⊕ has an education degree related to this field |
|  | **INSTITUTION WORK HISTORY**<br>⊕ has a consistent institution work history<br>   Eval: 06-30-2012 Good<br>   Eval: 05-31-2012 Good<br>   Eval: 04-30-2012 Good<br>   Eval: 03-31-2012 Good<br>   Eval: 02-29-2012 Good<br>   Eval: 01-31-2012 Good |
|  | **POST INCARCERATION EMPLOYMENT**<br>⊖ post-incarceration employment not secured<br>ⓘ unable to locate employment<br><br>⊖ no release documents obtained to date |

**Progress and Goals**

**Previous TEAM 09-19-2014**

***TEAM HELD 04-11-2014, AND NOT ARCHIVED DUE TO CSW ERROR***
Completed ACE Satrting your own Business 8/14. Recommend enrolling in other Adult Continuing Education courses by next team to enhance education and life skills prior to re-entry.

No Class/No Progress. Recommend enrolling in a Vocational trade course by next team to gain additional marketable skills prior to re-entry.

**Current TEAM**

Completed ACE Satrting your own Business 8/14. Recommend enrolling in other Adult Continuing Education courses by next team to enhance education and life skills prior to re-entry.

## INTERPERSONAL   *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary |
|---|---|
|  | **RELATIONSHIPS**<br>⊖ witness to domestic violence<br>⊖ immediate family member engaged in criminal activity<br>⊖ immediate family member engaged in substance abuse<br>⊖ death in immediate family during childhood<br>⊖ residence in a high crime neighborhood during childhood<br><br>⊖ negative peer influences prior to incarceration<br>ⓘ criminal associates<br>ⓘ substance abuser associates |
| ✓ | **FAMILY TIES/SUPPORT SYSTEM**<br>⊕ consistent social support available<br>   Companion: Financial<br>   Companion: Emotional<br>   Companion: General<br>   Immediate Family: Financial<br>   Immediate Family: Emotional<br>   Immediate Family: General |

Department of Justice
## INMATE SKILLS DEVELOPMENT PLAN

Federal Bureau of Prisons
**PROGRAM REVIEW: 10-03-2014**

**INTERPERSONAL**   *** Disregard Response Summary and utilize only the Progress & Goals section ***

Relative: Financial
Relative: Emotional
Relative: General
Friend: Financial
Friend: Emotional
Friend: General



**PARENTAL RESPONSIBILITY**
⊖ children under the age of 21
ⓘ contact maintained with children
ⓘ contact with other parent

⊕ consistent financial support for all children legally responsible for

ⓘ RRC (MINT) Placement is not applicable



**COMMUNICATION**
⊕ displays good communication skills

### Progress and Goals

**Previous TEAM 09-19-2014**

***TEAM HELD 04-11-2014, AND NOT ARCHIVED DUE TO CSW ERROR***
AGAIN: the previously submitted goal "Parenting Class or a Marriage and Relationships class by next team review 04/16/2013" was not completed. Flores DID complete Parenting in 2008, but his Interpersonal skills need to show continuous progress, and he declined the RDAP program since last team review. Therefore, Unit Team submits the same goal, with a completion date no later than next team review (10-03-2014).
His long term goal is to strengthen family and community ties thru written and oral communication, so as to develop a support system during incarceration and after release.

**Current TEAM**

UNIT TEAM HAS MADE THIS SAME GOAL FOR OVER A YEAR, AND WILL RE-SUBMIT SAME UNTIL FLORES COMPLETES: the previously submitted goal "Parenting Class or a Marriage and Relationships class by next team review 04/16/2013" was not completed, nor was it completed for today's review. Flores DID complete Parenting in 2008, but his Interpersonal skills need to show continuous progress, and he declined the RDAP program since last team review. Therefore, Unit Team submits the same goal, with a completion date no later than next team review (03-27-2014).
His long term goal is to strengthen family and community ties thru written and oral communication, so as to develop a support system during incarceration and after release.

Name: **FLORES JR, FRANCISCO**  RegNo: **31969-177**

## WELLNESS  *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary |
|---|---|
| ❗ | **HEALTH PROMO/DISEASE PREVENT**<br>⊖ overweight<br>ⓘ height 5 ft. 11 in.<br>ⓘ weight (lbs) 240<br>ⓘ BMI Score 33.5<br>ⓘ date calculated 10-27-2011<br><br>⊕ maintains physical fitness thru regular exercise;<br>ⓘ aerobic exercise<br>ⓘ anaerobic or isometric exercise<br>ⓘ organized sports<br><br>⊖ evidence of behaviors associated with increased risk of infectious disease<br>ⓘ unprotected promiscuous sexual activity<br><br>⊕ does not use tobacco (cigarettes, cigars, and/or smokeless tobacco)<br><br>⊕ had a primary care provider or clinic (prior to incarceration)<br>⊖ does not have health insurance coverage upon release |
| ❗ | **DISEASE/ILLNESS MANAGEMENT**<br>⊖ does not comply with treatment recommendations and prescribed medications<br>ⓘ fails to take medications as prescribed<br>ⓘ fails to keep necessary medical appointments<br><br>⊖ simple chronic care - easily managed medical or mental health conditions - See Exit Summary<br>⊕ no dental problems<br>⊕ no non-routine services/assistance devices needed |
| ❗ | **TRANSITIONAL PLAN**<br>⊖ requires medication upon release from custody - See Exit Summary<br>⊖ requires on-going treatment or follow-up after release from custody - See Exit Summary<br>ⓘ TB Clearance Complete - See Exit Summary<br>ⓘ RRC placement is not applicable |
| 🚫 | **GOVERNMENT ASSISTANCE**<br>ⓘ has previously received Social Security assistance<br>ⓘ inmate indicates he/she may not be eligible for Social Security assistance after release<br><br>ⓘ has not served in the U.S. Armed Forces, U.S. Military Reserves, AND/OR U.S. National Guard<br>ⓘ spouse or a parent has not served in the U.S. Armed Forces, U.S. Military Reserves, AND/OR U.S. National Guard |

Department of Justice
# INMATE SKILLS DEVELOPMENT PLAN

Federal Bureau of Prisons
## PROGRAM REVIEW: 10-03-2014

## WELLNESS        *** Disregard Response Summary and utilize only the Progress & Goals section ***

### Progress and Goals

**Previous TEAM 09-19-2014**

***TEAM HELD 04-11-2014, AND NOT ARCHIVED DUE TO CSW ERROR***
PROGRESS: Flores completed a Health Fair, Bio-Mechanics and Anatomy course(s) since last team review. No further goals are to be set by Unit Team. The attention-needed-area is for Health Services to set goals and/or address. The Unit Team#s portion in ISDS on the Wellness category is addressed with aforementioned programs.

**Current TEAM**

PROGRESS: Flores completed a Soccer Official class, and previously completed a Health Fair, Bio-Mechanics and Anatomy course(s).
GOAL: Complete a Home Safety, Stress Management, or Health and Nutrition class prior to next team review, 03-27-2014. No further goals are to be set by Unit Team. The attention-needed-area is for Health Services to set goals and/or address. The Unit Team#s portion in ISDS on the Wellness category is addressed with aforementioned RPP program(s).

## MENTAL HEALTH       *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary |
|---|---|
| ❗ | **SUBSTANCE ABUSE MANAGEMENT**<br><br>⊖ evidence of inappropriate use of alcohol, prescription medications and/or illegal drugs in the year prior to arrest<br>   alcohol: Daily<br>   marijuana/hashish: Daily<br>   hallucinogens: Daily<br>   amphetamines/speed: Daily<br>   barbiturates/tranquilizers: Daily<br>   other (Ketamine): Daily<br><br>ⓘ history of substance abuse treatment<br>⊕ successful substance abuse treatment:<br>   correctional facility-based outpatient treatment: Complete<br>ⓘ not currently participating in substance abuse treatment |
| ✓ | **MENTAL ILLNESS MANAGEMENT**<br><br>⊕ no history of mental health diagnosis prior to incarceration<br><br>⊕ no mental health diagnosis during incarceration<br><br>⊕ no history of serious suicidal ideation or attempts |
| ❗ | **TRANSITIONAL PLAN**<br><br>⊕ no medication required upon release from custody<br>⊖ requires on-going treatment after release from custody<br>⊖ treatment required: Drug treatment aftercare<br>⊖ follow-up medical/mental health appointment: TBD by USPO<br>⊕ psychology services recommends RRC placement |

Name: **FLORES JR, FRANCISCO**                                                                 RegNo: **31969-177**

## MENTAL HEALTH      *** Disregard Response Summary and utilize only the Progress & Goals section ***

**Progress and Goals**

### Previous TEAM 09-19-2014

***TEAM HELD 04-11-2014, AND NOT ARCHIVED DUE TO CSW ERROR***
While Mr. Flores displays a deficit in this area, it relates to his prior criminal behavior. Therefore, this is a mitigating issue. He has been declared ineligible by the RDAP based on his criminal history and has DECLINED RDAP. No further goals for this category are to be set by Unit Team. Clearly, Flores needs education/treatment, however, the attention-needed-area is for Psychology Services to set goals and/or address. The Unit Team#s portion in this category has been addressed with the completion of his Non-Res. Drug Education Program.

### Current TEAM

While Mr. Flores displays a deficit in this area, it relates to his prior criminal behavior. Therefore, this is a mitigating issue. He has been declared ineligible by the RDAP based on his criminal history and has DECLINED RDAP. No further goals for this category are to be set by Unit Team. Clearly, Flores needs education/treatment, however, the attention-needed-area is for Psychology Services to set goals and/or address. The Unit Team#s portion in this category has been addressed with the completion of his Non-Res. Drug Education Program.

## COGNITIVE      *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary |
|---|---|
| ❗ | **GENERAL BEHAVIOR**<br>⊖ evidence of behavioral problems as a juvenile<br>ⓘ other: UNAUTHORIZED USE OF A VEHICLE.<br><br>⊖ evidence of behavioral problems as an adult<br>ⓘ 200 series incident reports |
| ✓ | **CRIMINAL BEHAVIOR**<br>⊕ no onset of criminal behavior before the age of 14<br>⊕ no criminal versatility: Convictions in less than 3 categories<br>⊕ no significant history of violence: Less than 2 violent convictions |

**Progress and Goals**

### Previous TEAM 09-19-2014

***TEAM HELD 04-11-2014, AND NOT ARCHIVED DUE TO CSW ERROR***
GOAL: Being that Flores has DECLINED RDAP, clearly demonstrating that he is not interested in alcohol/other drug treatment and education, Unit Team recommends that Flores complete an ACE or VT course as previously recommended by Education. At next team review, this category will be reviewed for any progress.
His long term goal is to make progress through Alcohol/Drug Education classes, to communicate effectively with friends and family, to request additional support when needed, and to maintain clear conduct throughout his incarceration.

### Current TEAM

GOAL: Being that Flores has DECLINED RDAP, clearly demonstrating that he is not interested in alcohol/other drug treatment and education, Unit Team recommends that Flores complete an ACE or VT course as previously recommended by Education. At next team review, this category will be reviewed for any progress.
His long term goal is to make progress through Alcohol/Drug Education classes, to communicate effectively with friends and family, to request additional support when needed, and to maintain clear conduct throughout his incarceration.

Department of Justice  
**INMATE SKILLS DEVELOPMENT PLAN**

Federal Bureau of Prisons  
**PROGRAM REVIEW: 10-03-2014**

## CHARACTER  *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary |
|---|---|
| ✓ | **PERSONAL CHARACTER**<br>⊕ behaviors indicative of positive personal character;<br>⊕ evidence of spirituality<br>   talks to a friend or mentor about spiritual/religious issues: Sometimes<br>   active participation in a faith group: Sometimes<br>   connected to outside spiritual/religious community: Sometimes<br>   examines actions to see if they reflect values: Always<br>   finds meaning in times of hardship: Sometimes<br>⊕ charitable contributions<br>⊕ consistent financial support for dependents<br>⊕ assistance to strangers without expectation of reward<br>⊕ fulfills financial obligations<br>ⓘ religious assignment: CATHOLIC<br><br>⊕ no evidence easily influenced by other |
| ✓ | **PERSONAL RESPONSIBILITY**<br>ⓘ reports responsibility for current incarceration as:<br>⊕ self (sole responsibility)<br><br>⊕ made efforts to make amends for their crime(s)<br>⊕ advocates to deter future crimes related to their crime(s) |
| **Progress and Goals** ||
| **Previous TEAM 09-19-2014**<br><br>***TEAM HELD 04-11-2014, AND NOT ARCHIVED DUE TO CSW ERROR***<br>Category is completed in ISDS with no attention needed. No goal is required at this time.<br>**Current TEAM**<br><br>Category is completed in ISDS with no attention needed. No goal is required at this time. ||

## LEISURE  *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary |
|---|---|
| ✓ | **USE OF LEISURE TIME**<br>⊕ activities indicative of positive use of leisure time;<br>⊕ participation in a faith group<br>⊕ family time<br>⊕ sports/exercise<br>⊕ movies/television/music<br>⊕ computers/video games<br>⊕ cultural events/concerts/theater<br>⊕ hobbies (includes hunting, fishing, etc.) |

Name: **FLORES JR, FRANCISCO**  RegNo: **31969-177**

## LEISURE  *** Disregard Response Summary and utilize only the Progress & Goals section ***

**Progress and Goals**

**Previous TEAM 09-19-2014**

***TEAM HELD 04-11-2014, AND NOT ARCHIVED DUE TO CSW ERROR***
Category is completed in ISDS with no attention needed. No goal is required at this time.

**Current TEAM**

Category is completed in ISDS with no attention needed. No goal is required at this time.

## DAILY LIVING  *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary |
|---|---|
| ✓ | **FINANCIAL MANAGEMENT**<br>⊕ knowledge in maintaining checking account<br>⊕ knowledge in maintaining savings account<br>⊕ knowledge in utilizing an ATM debit card<br>⊕ knowledge in obtaining loans<br>⊕ has an established positive credit history<br>⊕ lived within financial means<br>⊕ pays monthly bills on time |
| ✓ | **FOOD MANAGEMENT**<br>⊕ possesses grocery shopping/consumer skills<br>⊕ makes good nutritional choices to maintain health<br>⊕ possesses basic food preparation skills<br>⊕ knowledgeable in accessing community resources to obtain food |
| ✓ | **PERSONAL HYGIENE/SANITATION**<br>⊕ good personal hygiene and sanitation<br>ⓘ quarters assignment: HOUSE D/RANGE 01/BED 122U |
| ❗ | **TRANSPORTATION**<br>⊖ does not have valid driver's license<br>⊕ No outstanding motor vehicle violations<br><br>⊖ does not own personal vehicle with appropriate insurance<br>⊕ possesses public transportation skills and has access to public transportation |
| ❗ | **IDENTIFICATION**<br>⊖ does not have photo identification<br>⊕ has birth certification<br>⊖ does not have social security card |
| ✓ | **HOUSING**<br>⊕ established housing year prior to incarceration<br>ⓘ established housing: owned or mortgage<br>ⓘ established housing: lived with family<br>ⓘ established housing: non-publicly assisted<br>⊕ established housing not in a high crime neighborhood<br><br>⊕ housing upon release<br>ⓘ supervision district is not a relocation |

Department of Justice  
**INMATE SKILLS DEVELOPMENT PLAN**       Federal Bureau of Prisons  
**PROGRAM REVIEW: 10-03-2014**

**DAILY LIVING**      *** Disregard Response Summary and utilize only the Progress & Goals section ***

| | |
|---|---|
| | ⊕ anticipated housing plan NOT approved by USPO(s)<br>⊕ no concerns with anticipated housing plan |
|  | **RESIDENTIAL REENTRY CENTER (RRC) PLACEMENT**<br>⊕ recommended or ordered for RRC placement<br>⊕ recommended range: 151-180 days |
|  | **FAMILY CARE**<br>⊕ not responsible for obtaining child care for any dependent children upon release<br>⊕ not responsible for obtaining elder care for any dependent(s) upon release<br>⊕ not responsible for obtaining any other special services for dependents upon release |

### Progress and Goals

**Previous TEAM 09-19-2014**

***TEAM HELD 04-11-2014, AND NOT ARCHIVED DUE TO CSW ERROR***
*CORRECTION* Mr Flores was not denied RDAP treatment, he DECLINED RDAP participation.

GOAL: Complete Personal Finance prior to next team review (10-06-2014).

FRP Complete, effective 02/2007.

Obtain a photo ID, and complete the social security card application by next team (10/2014).

Although Mr. Flores has a deficit of no transportation, this is a goal that will have to be accomplished while in the community. Therefore, this is an on-going deficit that can not be address while incarcerated.

Within 17 to 19 months of his release, the Unit Team will complete an individualized review of Mr. Flores' case according to the guidelines set forth in 18:3621(b) Second Chance Act, and determine how many days of RRC placement will result in the greatest likelihood of his successful reintegration into the community.

**Current TEAM**

*CORRECTION* Mr Flores was not denied RDAP treatment, he DECLINED RDAP participation.

AGAIN, RE-SUBMITTING THE SAME GOAL: Complete Personal Finance prior to next team review (03-27-2014).

FRP Complete, effective 02/2007.

Obtain a photo ID, and complete the social security card application by next team (10/2014).

Although Mr. Flores has a deficit of no transportation, this is a goal that will have to be accomplished while in the community. Therefore, this is an on-going deficit that can not be address while incarcerated.

***At next team review***Within 17 to 19 months of his release, the Unit Team will complete an individualized review of Mr. Flores' case according to the guidelines set forth in 18:3621(b) Second Chance Act, and determine how many days of RRC placement will result in the greatest likelihood of his successful reintegration into the community.

Name: FLORES JR, FRANCISCO

RegNo: **31969-177**

## INMATE SKILLS STATUS

| Status | Initial Assessment 09-11-2008 | Previous Assessment 09-19-2014 | Current Assessment 10-03-2014 |
|---|---|---|---|
| Attention Required | 28.9% | 31.7% | 31.7% |
| Mitigating Issues | 0% | 0% | 0% |
| Unanswered | 23.9% | 1.1% | 1.1% |
| Satisfactory | 44.7% | 64.7% | 64.7% |
| Not Applicable | 2.5% | 2.5% | 2.5% |

| Skill Area | Attention Required | Mitigating Issues | Unanswered | Satisfactory | Not Applicable |
|---|---|---|---|---|---|
| Academic | 0% | 0% | 0% | 100% | 0% |
| Vocational/Career | 30% | 0% | 0% | 70% | 0% |
| Interpersonal | 30% | 0% | 0% | 67.5% | 2.5% |
| Wellness | 70% | 0% | 0% | 10% | 20% |
| Mental Health | 65% | 0% | 0% | 35% | 0% |
| Cognitive | 50% | 0% | 0% | 50% | 0% |
| Character | 0% | 0% | 0% | 100% | 0% |
| Leisure | 0% | 0% | 0% | 100% | 0% |
| Daily Living | 40% | 0% | 10% | 50% | 0% |


