IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | NO.  3:05-CR-030-K |
| v. | **ECF** |
| FRANCISCO FLORES, JR. | |

NOTICE OF APPEARANCE OF COUNSEL

The United States Attorney for the Northern District of Texas, Sarah R. Saldaña, respectfully advises the Court and all interested parties that the above-styled case has been assigned to Chad E. Meacham, Assistant United States Attorney, Northern District of Texas.

Accordingly, we request that the Clerk of the Court enter Chad E. Meacham as counsel of record for the United States of America.

          Respectfully submitted,

          SARAH R. SALDAÑA
          UNITED STATES ATTORNEY

          *s/ Chad E. Meacham*
          CHAD E. MEACHAM
          Assistant United States Attorney
          Texas State Bar No. 00784584
          1100 Commerce Street, Third Floor
          Dallas, Texas  75242-1699
          Tel:  214-659-8716 (telephone)
          Fax: 214-659-8727 (facsimile)
          Email: chad.meacham@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on **December 2, 2014**, I electronically filed the foregoing document with the Clerk of Court for the United States District Court, Northern District of Texas, using the electronic case filing system of the Court.

    *s/ Chad E. Meacham*
CHAD E. MEACHAM
Assistant United States Attorney