ORIGINAL

BH

**United States District Court for
the Northern District of Texas**

_Dallas_ _____ Division

**U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS**

**FILED**

JAN 30 2015

CLERK, U.S. DISTRICT COURT

By _____
Deputy

**United States of America,**
     _Plaintiff,_

v.

_Francisco Flores Jr.,_
     _Defendant._

_United
Northern District of Texas
1100 Commerce Street Room 14A20
Dallas Texas 75242_
Place of Confinement

_31969-177_
Prisoner ID Number

_3:05-cr-00030-k-1_
Criminal Case Number

**Defendant's Motion and Questionnaire for Reduction of Sentence
Pursuant to 18 U.S.C. § 3582(c)**

---

### Instructions - Read Carefully

1. This form motion should only be used when requesting that your sentence be reduced based upon Amendment 782 to USSG § 1B1.10 which is effective November 1, 2014. The Amendment reduces the base offense level in the drug quantity tables at USSG §§ 2D1.1 and 2D1.11 and retroactively applies to cases sentenced prior to November 1, 2014.

2. This motion must be legibly handwritten or typewritten. All questions must be briefly answered in the proper space on the form.

3. When the motion is fully completed, the original and two copies must be mailed to the Clerk of the United States District Court for the Northern District of Texas at the appropriate divisional office, whose address is:

Abilene Division
P.O. Box 1218
Abilene, TX 79604

Amarillo Division
205 E. 5th
Amarillo, TX 79101

Dallas Division
1100 Commerce, Rm 14A20
Dallas, TX 75242

Fort Worth Division
501 W. 10th Street
Fort Worth, TX 76102

Lubbock Division
1205 Texas Ave., #C209
Lubbock, TX 79401

San Angelo Division
33 East Twohig
San Angelo, TX 76903

Wichita Falls Division
P.O. Box 1234
Wichita Falls, TX 76307

4.     Questionnaires that do not follow these instructions will be returned, and the mistake will
       be identified.

### Questionnaire

1.     Name and location of court that entered the sentence that you are asking to reduce:

       The United States courthouse, Northern District of Texas, 1100 Commerce St - Room 14820
       DALLAS TEXAS 75242

2.     Date(s) of sentence and judgment of conviction:

       June 15, 2006

3.     Are you currently in prison for this sentence?

       ___✓___ Yes       _____ No

4.     If so, when is your projected date of release?

       October 20, 2016

5.     Some programs offered by the Bureau of Prisons (BOP), can reduce the length of time
       you would spend in custody.  An example of one of these programs is completion of the
       Residential Drug Abuse Program. Are you participating in one of these programs and,
       if so, when will you complete the program?

       NO

6.     Are you currently on supervised release?       _____ Yes       ___✓___ No

7.     Are you currently in prison because you violated your supervised release ?

       _____ Yes       ___✓___ No

8.     Is your case currently on appeal? _____ Yes       ___✓___ No

9.     Offense(s) for which you were convicted (all counts):

       ① 21:846 & 841 (b)(1)(A) Conspiracy to Posses and to Distribute Controlled
       Substance.

       ② 18:1957 Engaging in Monetary Transactions in Property Derived From
       specified unlawful Activity.

       BOP 174 months to run concurrently with the sentence imposed in
       count 2.

10. Did your offense of conviction involve manufacture, distribution, dispensing, or possession with intent to manufacture, distribute, or dispense, a controlled substance? .

_____✓____Yes   _____No   _____Don't know

11. In calculating the applicable sentencing guideline range, did the Court refer to the offense levels for controlled substances found in the drug quantity table of section 2D1.1(c) of the United States Sentencing Guidelines?

_____✓____Yes   _____No   _____Don't know

12. Was your sentence based on an agreement with the Government for a specific sentence?

_____Yes   ____✓____No   _____Don't know

13. List any good conduct that occurred after your original sentencing hearing that you would like the Court to know in deciding whether you should receive a sentence reduction (for example, participating in a drug treatment program, or completing your GED or another degree).

_____Copy Attached_____

I pray that the Court grant me relief to which I may be entitled in this proceeding.

Respectfully submitted this _____ January 21 _____, 2015.

_____
Signature of Defendant

_Francisco Flores Jr_
Printed Name

_31969-177_
BOP No.

_FPC Texarkana_
Federal Correctional Institution (if applicable)

_PO Box 7000_
Address

_Texarkana TX 75505_
City, State & Zip Code



# Certificate of Achievement

## May it be known that

### Francisco Flores Jr.

has completed the curriculum for the
Non-Residential Drug Abuse Program
and has made a personal commitment to avoid
the pressures that lead to relapse.

## January 15, 2015

P. Rosiek, MS, LPC
*Drug Treatment Specialist*

